IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01187-LTB-KMT

CAROLYN HOLLENBECK,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Defendant's [29] First MOTION to Amend/Correct/Modify Scheduling Order is **DENIED** for failure to comply with D.C.Colo.LCivR 7.1(A), duty to confer.


Dated: March 27, 2008.