**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01187-LTB-KMT

CAROLYN HOLLENBECK,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation to Dismiss Complaint Pursuant to Fed.R.Civ.P. 41(b)(ii) (Doc 32 - filed April 23, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: April 24, 2008